[No. 75110-7-I.   Division One.   April 24, 2017.]

*In the Matter of the Dependency of* E.A.E.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. JERRY JASSO-RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-7-00615-7, Linda C. Krese, J., entered March 25, 2016. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Leach, JJ.

[No. 75226-0-I.   Division One.   April 24, 2017.]

THOMAS F. BANGASSER, *Appellant*, v. MIDTOWN LIMITED PARTNERSHIP, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-23045-0, John H. Chun, J., entered April 18, 2016. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Dwyer, JJ.

[Nos. 75314-2-I; 75315-1-I;   Division One.   April 24, 2017.]
75316-9-I.

*In the Matter of the Parental Rights to* N.F.W. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. NICOLE E. WOODS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 15-7-02003-8, William L. Downing, J., entered May 6, 2016. *Affirmed* by unpublished opinion per Mann, J., concurred in by Trickey, A.C.J., and Spearman, J.